**Slip Op. 05-61**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: HONORABLE RICHARD W. GOLDBERG, SENIOR JUDGE**

| | |
|---|---|
| FORMER EMPLOYEES OF CADY INDUSTRIES, INC., <br><br>          Plaintiffs, <br><br>          v. <br><br> ELAINE L. CHAO, UNITED STATES SECRETARY OF LABOR, <br><br>          Defendant. | Court No. 04-00244 |

**JUDGMENT ORDER**

Upon consideration of the Revised Determination on Reconsideration ("Remand Results") filed by the United States Department of Labor (the "Department") pursuant to the Court's order granting the Department's motion for voluntary remand, upon Plaintiffs' written comments stating that they are satisfied with the Remand Results, upon all other papers filed herein, and upon due deliberation, it is hereby

**ORDERED** that the Remand Results are sustained in all respects; and it is further

**ORDERED** that this action is dismissed.

**SO ORDERED.**


                                    Richard W. Goldberg
                                    **Richard W. Goldberg**
                                    **Senior Judge**

**Dated:     May 20, 2005**
            **New York, New York**